**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6174**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ETHAN JEROME MOORE, a/k/a Nate,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Joseph R. Goodwin,
Chief District Judge.  (3:99-cr-00090-1)

———————

Submitted:  May 20, 2010              Decided:  May 27, 2010

———————

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ethan Jerome Moore, Appellant Pro Se.  Charles T. Miller, United
States Attorney, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ethan Jerome Moore appeals the district court's order denying as moot his motion for Sentencing Guidelines information. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Moore, No. 3:99-cr-00090-1 (S.D.W. Va. Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED